IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCELYN FREDERIC,

       Petitioner,

v.                                                   4:11cv366-WS

ERIC H. HOLDER, JR., et al.,

       Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 13) docketed September 26, 2011. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed as moot.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

Page 2 of 2

DONE AND ORDERED this <u>  26th  </u> day of <u>   October   </u>, 2011.


<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE